# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 24-0115 (08) |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DANA RAY | MAGISTRATE JUDGE HORNSBY |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

It is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendant's guilty plea is accepted, and the Court hereby adjudges the Defendant, Dana Ray, guilty of the offense charged in Count One of the Indictment. Sentencing is set for **December 13, 2024, at 11:00 a.m. in Courtroom 2**.

**THUS DONE AND SIGNED**, this 10th day of September, 2024.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE